UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN CHAVERS, )<br>          )<br>    Plaintiff, )<br>          )<br> v.         )<br>          )<br>WASHINGTON STATE DEPARTMENT )<br>OF CORRECTIONS, et al.,   )<br>          )<br>    Defendant. )<br>_____) | NO. CV-04-0234-MWL<br><br>ORDER ADOPTING STIPULATION OF<br>DISMISSAL WITH PREJUDICE |

On January 27, 2006, Plaintiff, John Chavers, by and through his attorney, Kenneth Isserlis, and Defendants, state of Washington Department of Corrections, Joseph Lehman, John Lambert, Carla Schettler, Dennis Weaver, Jake Demory, Robert Sterns, and Brian Maguire, by and through their attorneys, Rob McKenna and Peter W. Berney, agreed and stipulated to dismiss the above entitled matter, with prejudice, upon the grounds that the matter has been fully settled between the parties as to all claims. (Ct. Rec. 52). The parties have consented to proceed before a magistrate judge. (Ct. Rec. 27).

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED:

1. The parties stipulated motion for dismissal pursuant to the settlement of this action (**Ct. Rec. 52**) is **GRANTED**.

///

2.   Judgment shall be entered against Defendants in the amount of $15,000.00.

3.   Defendants shall additionally pay $10,000.00 in attorneys' fees and costs to Plaintiff's attorney, Kenneth Isserlis.

4.   Plaintiff shall be transferred to a single man cell at the Ahtanum View Correctional Complex in Yakima, Washington, or the Monroe Correctional Complex, Twin Rivers Unit in Monroe, Washington, when such a cell becomes available, with the understanding that continued placement in this cell shall be at the discretion of the Department of Corrections ("DOC"), provided that the DOC will continue Plaintiff's placement in a single man cell unless his remaining in a single man cell is incompatible with the DOC's policies and regulations.

5.   The above entitled case is hereby dismissed with prejudice.

6.   The District Court Executive is directed to file this Order, provide a copy to counsel for Plaintiff and Defendants, and **CLOSE** the file.

DATED this   27th   day of January, 2006.

                                            S/ Michael W. Leavitt
                                           MICHAEL W. LEAVITT
                                  UNITED STATES MAGISTRATE JUDGE